Daniel R. SMITH, Claimant–Appellant.

v.

Anthony J. PRINCIPI, Secretary of Veterans Affairs, Respondent– Appellee.

No. 99–7149.

United States Court of Appeals, Federal Circuit.

DECIDED: March 1, 2001.

ON MOTION

*ORDER*

Daniel R. Smith moves to voluntarily dismiss his appeal.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) The revised official caption is reflected above.

(3) Each side shall bear its own costs.

John S. WILSON, Claimant–Appellant.

v.

Anthony J. PRINCIPI, Secretary of Veterans Affairs, Respondent– Appellee.

No. 99–7152.

United States Court of Appeals, Federal Circuit.

DECIDED: March 1, 2001.

ON MOTION

*ORDER*

John S. Wilson moves to voluntarily dismiss his appeal.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) The revised official caption is reflected above.

(3) Each side shall bear its own costs.